# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GERALD A. LASSON, | : | |
| Plaintiff, | : | Case No.  3:07cv0271 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| BRANNON & ASSOCIATES | : | |
| ATTORNEYS AT LAW, *et al*., | : | |
| Defendants. | : | |
| | : | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. # 12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore

**ORDERED** that:

1. The Report and Recommendations filed on January 30, 2008 (Doc. #12) is ADOPTED in full;

2. Defendants' Motions to Dismiss (Doc. #5, 11) due to insufficient service are GRANTED;

3. Plaintiff's Motion to Extend/Enlarge Service Time (Doc. #10) is DENIED;

4. Defendants Amended Motion for Sanctions (Doc. # 6) is GRANTED;

5. Plaintiff's Complaint is DISMISSED with prejudice; and

6.      The case is terminated on the docket of this Court.


February 15, 2008                              **s/THOMAS M. ROSE**


_____
                Thomas M. Rose
United States District Judge